IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 4 2012

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | |
|---|---|
| HEATHER DASHTI, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:11-CV-196-A |
| | § |
| MICHAEL J. ASTRUE, | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY, | § |
| | § |
| Defendant. | § |

ORDER

Came on for consideration the above-captioned action wherein Heather Dashti is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act. On April 9, 2012, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until April 23, 2012, in which to file and serve objections. Plaintiff belatedly filed objections on April 25, 2012, and the Commissioner filed no response. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the applicable legal authorities, the court has

decided to adopt the Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability insurance benefits under Title II of the Social Security Act be, and is hereby, affirmed.

SIGNED May 4, 2012.

JOHN McBRYDE
United States District Judge

2